# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 6:23-CR-12-1** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOSE MIGUEL MARRERO** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement will be provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
Illinois Bar No. 6321559

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 20th day of December 2023.

                                          JILL E. STEINBERG
                                          UNITED STATES ATTORNEY

                                          */s/ Michael Z. Spitulnik*

                                          Michael Z. Spitulnik
                                          Special Assistant United States Attorney
                                          Illinois Bar No. 6321559

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422